214 F.2d 351
 Louis BERRA, Appellant,
v.
UNITED STATES of America.
 No. 15039.
 United States Court of Appeals Eighth Circuit.
 June 30, 1954.
 
 1
 Appeal from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Stanley M. Rosenblum, Mortimer Rosecan, St. Louis, Mo., and Merle L. Silverstein, University City, Mo., for appellant.
 
 
 3
 Harry Richards, U. S. Atty., St. Louis, Mo., and Max Goldschein, Sp. Asst. to Atty. Gen., for appellee.
 
 
 4
 Appeal from District Court dismissed, on motion of appellant.